IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CARL DUANE WILLIAMS,           :
                               :
              Petitioner,      :
                               :
      v.                       :        CIVIL ACTION NO.: CV213-032
                               :
JOSE MORALES, Warden,          :
                               :
              Respondent.      :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Petitioner Carl Williams ("Williams") filed an "Affidavit of Facts", which the undersigned construes as Williams' Objections to the Magistrate Judge's Report and Recommendation. Williams filed a motion for extension of time to file Objections, which the Magistrate Judge granted by Order dated June 28, 2013. (Doc. No. 18). Williams had until July 19, 2013, to file his Objections, and this Affidavit is the only pleading Williams has filed. Williams asserts in this Affidavit: "Please be patient with me[.] I had help also would like for plea transcript(sic)[.]" (Doc. No. 19, p. 1).

To the extent this Affidavit is Williams' Objections to the Magistrate Judge's Report and Recommendation, Williams' Objections are **overruled**. Williams' habeas corpus petition is untimely, and he has not shown that he timely pursued his rights since his 1995 convictions or that some extraordinary circumstance prevented him from timely

pursuing his rights.  The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Respondent's Motion to Dismiss is **GRANTED**.  Williams' petition, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**, with prejudice, as it was not timely filed.  The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of September, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)